# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIFFANY CHIASSON AND CODY
CHIASSON, INDIVIDUALLY AND
ON BEHALF OF THEIR DECEASED
SON, DEAN CHIASSON

VERSUS

LAMMICO, TERREBONNE GENERAL
MEDICAL CENTER, SHEENA
DUPLANTIS, M.D., RICHARD
CLEMENT, JR., M.D., AND
CHRISTINE ALBRECHT, M.D.

NO.   2024 CW 0041

**JANUARY 19, 2024**

---

In Re:    Tiffany Chiasson and Cody Chiasson, individually and
          on behalf of their deceased son, Dean Chiasson,
          applying for supervisory writs, 32nd Judicial District
          Court, Parish of Terrebonne, No. 185134.

---

BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.

   **WRIT DENIED.**

                              CHH
                              SMM

        McClendon, J., concurs.   The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT